IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLAVON TROUPE, ) | No. C 09-00207 JW (PR) |
| Plaintiff, ) | ORDER REFERRING CASE TO PRO SE PRISONER MEDIATION PROGRAM; STAYING CASE; INSTRUCTIONS TO CLERK |
| vs. ) | |
| E. KLEIN, et al., ) | |
| Defendant(s). ) | |

Plaintiff, a prisoner at the Correctional Training Facility ("CTF") in Soledad, California, has filed a pro se civil rights action under 42 U.S.C. § 1983 alleging claims against CTF prison officials. After a review of the amended complaint, the Court found plaintiff's allegations that he was unlawfully denied his First Amendment right to practice religion by defendants. On April 12, 2010, the Court ordered the amended complaint served upon defendants, and directed defendants to file an answer.

Defendants have filed a motion to submit the case to mediation or, in the alternative, for an extension of time to file dispositive motion. (Docket No. 34.) Good cause appearing, the motion to submit the case to mediation is GRANTED. The instant case will be referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program. The proceedings will consist of one or more conferences as determined by the mediator. The proceedings shall take place within 90

1 days of the date this order is filed. Magistrate Judge Vadas shall coordinate a time and
2 date for the mediation proceedings with all interested parties and/or their representatives
3 and, within 5 days after the conclusion of the mediation proceedings, file with the court a
4 report for the prisoner mediation proceedings.

5   For the foregoing reasons and for good cause shown,

6   1.   The clerk shall mail a copy of the court file, including a copy of this order,
7 to Magistrate Judge Vadas in Eureka, California.

8   2.   This action is hereby STAYED, except to the extent necessary to conduct
9 the mediation proceedings ordered herein, until further order of the court, if necessary,
10 following completion of the mediation proceedings.

11   This order terminates Docket No. 34.

13 DATED:   October 12, 2010

JAMES WARE
United States District Judge

Order Referring Case to Pro Se Prisoner Mediation Program; Staying Case
P:\PRO-SE\SJ.JW\CR.09\Troupe00207_mediation.wpd                 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES C. TROUPE, JR.,

        Plaintiff,

  v.

ELIJAH J. KLEIN, et al.,

        Defendants.

                                                 /

Case Number: CV09-00207 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/12/2010 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Clavon Troupe D-15206
Cell No. D-Wing 337 Low
Correctional Training Facility
P. O. Box 689
Soledad, Ca 93960-0689

Dated:  10/12/2010

                                        Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth Garcia, Deputy Clerk