IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLAVON TROUPE,<br><br>        Plaintiff,<br><br>  vs.<br><br>E. KLEIN, et al.,<br><br>        Defendant(s). | No. C 09-00207 JW (PR)<br><br>ORDER EXTENDING TIME FOR PRO SE PRISONER MEDIATION PROCEEDINGS |

Plaintiff, a prisoner at the Correctional Training Facility ("CTF") in Soledad, California, filed a pro se civil rights action under 42 U.S.C. § 1983 alleging claims against CTF prison officials. The case was referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program on October 12, 2010, with instructions that the proceedings were to take place within 90 days of the date of the order. (See Docket No. 37.) On October 12, 2010, Judge Vadas notified the Court that his schedule could not accommodate the settlement proceedings in this matter within that time and requested that the deadline be extended.

Good cause appearing, the Court requests that Judge Vadas complete the mediation on or before **February 11, 2011**. The Court requests that Judge Vadas coordinate a time and date for the mediation proceedings with all interested parties and/or their representatives and, within 5 days after the conclusion of the mediation proceedings, file with the court a report for the prisoner mediation proceedings.

DATED: October 18, 2010

JAMES WARE
United States District Judge

Order Extending Time for Mediation Proceedings
P:\PRO-SE\SJ.JW\CR.09\Troupe00207_eot-med.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES C. TROUPE, JR.,

        Plaintiff,

  v.

ELIJAH J. KLEIN, et al.,

        Defendants.
                                            /

Case Number: CV09-00207 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/19/2010 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Clavon Troupe D-15206
Cell No. D-Wing 337 Low
Correctional Training Facility
P. O. Box 689
Soledad, Ca 93960-0689

Dated:  10/19/2010

                                        Richard W. Wieking, Clerk
                                  /s/ By: Elizabeth Garcia, Deputy Clerk