1  EDMUND G. BROWN JR.
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  JAY M. GOLDMAN
   Deputy Attorney General
4  State Bar No. 168141
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5846
6    Fax:  (415) 703-5843
     E-mail:  Jay.Goldman@doj.ca.gov
7  *Attorneys for Defendants*
   *P. Mullen, V. Raso, B. Curry and E. Klein*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JAMES CLAVON TROUPE,**<br><br>Plaintiff,<br><br>v.<br><br>**ELIJAH J. KLEIN, et al.,**<br><br>Defendants. | C 09-0207 JW (PR)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JAMES CLAVON TROUPE, CDCR NO. D-16206** |

Plaintiff **JAMES CLAVON TROUPE, CDCR No. D-16206**, a necessary and material witness in proceedings in this case **beginning on February 1, 2011, at 1:00 p.m.**, is confined at Correctional Training Facility, in the custody of Warden Randy Grounds. In order to secure this inmate's attendance at the settlement conference scheduled for February 1, 2011 at California State Prison-Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of James Clavon Troupe, CDCR No. D-16206, to produce said inmate at **California State Prison-Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on February 1, 2011, at 1:00 p.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of the Correctional Training Facility and the California Department of Corrections and Rehabilitation to produce inmate **JAMES CLAVON TROUPE, CDCR No. D-16206**, for a settlement conference at California State Prison-Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the Correctional Training Facility.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of the Correctional Training Facility,

**YOU ARE COMMANDED** to produce inmate **JAMES CLAVON TROUPE, CDCR No. D-16206**, for a settlement conference at California State Prison-Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the Correctional Training Facility.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: December 20, 2010



The H_____
United_____
Judge Nandor J. Vadas

SF2010400856
40473235.doc